UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-1351 R(JC) | Date | September 4, 2014 |
|---|---|---|---|
| Title | Jessie Jeffries v. K. Fields, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)

### ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH SCHEDULING ORDER AND TO FILE STATUS REPORT

On June 18, 2014, this Court issued a Case Management and Scheduling Order ("Case Management Order") which directed each party, inter alia, to file and serve a status report no later than August 18, 2014. See Case Management Order, ¶ 10. Although defendants timely filed such a status report, plaintiff did not do so. To date, plaintiff has failed to file a status report or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **September 18, 2014**, as to why monetary sanctions or other disciplinary measures as deemed appropriate, including dismissal of the case for failure to prosecute should not be imposed for failure to file a timely status report as called for by the Case Management Order.

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, may result in the imposition of sanctions, including the dismissal of this action for failure to prosecute.**

IT IS SO ORDERED.

Initials of Deputy Clerk    hr