UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE JEFFRIES,<br><br>              Plaintiff,<br><br>    v.<br><br>K. FIELDS, et al.,<br><br>              Defendants.<br>_____ | ) Case No. CV 12-1351 R(JC)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 7, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE